UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR16-156-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JOHNATHAN CASEY PHAIR, ) | |
| ) | |
| Defendant. ) | |

Offense charged:    Escape from Custody

Date of Detention Hearing:    May 26, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has been indicted on a charge of Escape from the Pioneer Fellowship

DETENTION ORDER
PAGE -1

House Residential Re-Entry Center on or about February 22, 2016.

2. Defendant was convicted of the offense of Involuntary Manslaughter in this Court on January 11, 2013, Case No. CR12-016. He was sentenced to 60 months in custody, three years supervised release. (Dkt. 161.) Defendant is now charged by indictment with Escape from Custody in the Pioneer Fellowship House Residential Re-entry Center.

3. Defendant does not contest entry of an order of detention, as he is being held in custody for violating the conditions of supervised release in CR12-016. Defendant was not interviewed by Pretrial Services in relation to the instant case, so his background information has not been updated. He poses a risk of danger and a risk of nonappearance due to lack of verified background information, as well as the nature of the instant charges. If defendant is not longer being held in custody on violation of supervised release, he may ask the Court to revisit the issue of detention in the instant case.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the

person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 26th day of May, 2016.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3